**FILED**

FEB 13 2017

U.S. COURT OF
FEDERAL CLAIMS

**UNITED STATES COURT OF FEDERAL CLAIMS**

------------------------------------------------------------------------X

RAFAEL COHEN, and all others similarly situated,  **CLASS**
              Plaintiffs,  **ACTION**

v.  **COMPLAINT**

THE UNITED STATES,  **17-211 C**
              Defendant.

_____, J.

------------------------------------------------------------------------X

### Notice of Proposed Assignment to Judge Wolski

*1*    Counsel represents plaintiffs in *Gottdiener vs. United States*, 15-1245, assigned to Judge Wolski, which is *sub judice* a threshold motion to dismiss.

*2*    There are novel questions of takings and exaction law in *Gottdiener* which are also present in this case.

*3*    For that reason, Counsel believes it may best serve judicial economy for this case to be assigned to Judge Wolski, but there is no procedure in the rules for such a "relatedness"; the rules discuss "directly" related in the context of the same parties, and "indirectly" in the context of the same facts, but do not discuss any kind of relatedness in the context of the same law.

*4*    The rules suggest that the appropriate course would be for counsel to move Judge Ralski to meet and confer with whomever this case is assigned to in order to discuss the possibility of a transfer.

*5* However it will be impossible to prepare and file such a motion in less than a week's time, so this "notice" is provided as a courtesy to the court.

Dated:  Montauk, N.Y.
         February 13, 2017

By:

/s/ Frederick M. Oberlander

**THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.**

28 Sycamore Lane (PO Box 1870)
Montauk, NY 11954
212.826.0357 Tel.
212.202.7624 Fax.
fred55@aol.com