IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RAFAEL COHEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-211C |
| | ) | (Judge Victor J. Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims,

defendant, the United States, respectfully requests a 30-day extension of time within which to

respond to Mr. Cohen's complaint. Our response is due on April 14, 2017. The requested

extension would bring the date for responding to the complaint to May 15, 2017. We have not

previously requested an extension of time for this purpose. Counsel for Mr. Cohen indicated on

April 6, 2017, that Mr. Cohen is not opposed to this motion.

The extension of time is requested because the defendant needs additional time to

gather necessary information from the United States Attorney's Office (USAO), including

locating attorneys who have since left the USAO and who possess information regarding

the 2007 criminal case before the United States District Court, Eastern District of Michigan

that is raised in Mr. Cohen's complaint.

Once the information is received, counsel will need sufficient time to review this

information, obtain additional information or clarification from the USAO, and prepare and

file the Government's response to the complaint, following supervisory review.

1

For these reasons, we respectfully request that the Court grant this unopposed motion

for an extension of time of 30 days, to and including May 15, 2017, within which to respond to

Mr. Cohen's complaint.

Respectfully submitted,


CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ L. Misha Preheim
L. Misha Preheim
Assistant Director

/s/ Farida Ali
FARIDA ALI
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 353-0526
Facsimile:  (202) 307-0972
E-mail:  Farida.Ali@usdoj.gov

April 10, 2014                                      Attorneys for Defendant

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on April 10, 2014 a copy of the foregoing "Defendant's Unopposed Motion for Extension of Time to Respond to Complaint" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


/s/ Farida Ali