# In the United States Court of Federal Claims

No. 17-211C
(Filed April 12, 2017)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
                                 *
RAFAEL COHEN,                    *
                                 *
              Plaintiff,         *
                                 *
       v.                        *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

Defendant's unopposed request for an enlargement of the time period in which it may file a response to the complaint is **GRANTED**. Defendant shall file its response on or before **Monday, May 15, 2017**.

**IT IS SO ORDERED.**

                                                s/ Victor J. Wolski
                                                **VICTOR J. WOLSKI**
                                                Judge