# In the United States Court of Federal Claims

No. 17-211C
(Filed May 8, 2017)

```
* * * * * * * * * * * * * * * *
                               *
                               *
RAFAEL COHEN,                  *
                               *
                Plaintiff,     *
                               *
     v.                        *
                               *
THE UNITED STATES,             *
                               *
                Defendant.     *
                               *
* * * * * * * * * * * * * * * *
```

## ORDER

Defendant's unopposed request for an enlargement of the time period in which it may file a response to the complaint is **GRANTED**. Defendant shall file its response on or before **Thursday, June 29, 2017**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge