# In the United States Court of Federal Claims

No. 17-211C
(Filed September 29, 2017)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
RAFAEL COHEN,                    *
                                 *
           Plaintiff,            *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
           Defendant.            *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

    Plaintiff's counsel contacted Chambers to request a brief enlargement of the time period in which to respond to the defendant's motion to dismiss, to which the government consents. That request is **GRANTED**. Accordingly, that response shall be filed on or by **Wednesday, October 4, 2017.**

**IT IS SO ORDERED.**

                                          s/ Victor J. Wolski
                                          **VICTOR J. WOLSKI**
                                          Judge